THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * * * * *
KATHRYN T. HALLORAN              *
903 Fawnway                      *
San Antonio, TX  78258           *
                                 *
               Plaintiff,        *
                                 *   CIVIL ACTION _____
                                 *
      vs.                        *
                                 *   SUPERIOR COURT NO. 0000079-07
ELI LILLY AND COMPANY,           *
Lilly Corporate Center           *
Indianapolis, IN  46285          *
                                 *
               Defendant.        *
* * * * * * * * * * * * * * * * * * * * * * * *
```

**DEFENDANT ELI LILLY AND COMPANY'S DISCLOSURE
OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Defendant Eli Lilly and Company, certify that to the best of my knowledge and belief, Eli Lilly and Company has no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

Dated:  January 22, 2007                    Respectfully Submitted,

                                            SHOOK, HARDY & BACON, L.L.P.

                                            _____
                                            Michelle R. Mangrum, DC Bar No. 473634
                                            John Chadwick Coots, DC Bar No. 461979
                                            Emily J. Laird, D.C. Bar No. 485890
                                            600 14th Street, N.W., Suite 800

2291324v1

Washington, D.C. 20005-2004
(202) 783-8400 Telephone; (202) 783-4211 Fax

and

David W. Brooks
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd. Kansas City, Missouri 64108
(816) 474-6550 Telephone; (816) 421-5547 Fax

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

2

2291324v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of January, 2007 a true and accurate copy of the foregoing has been furnished by first-class U.S. Mail, postage prepaid, to counsel of record listed below.

Aaron M. Levine, Esq.
Aaron Levine & Associates
1320 19th St., NW, Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiffs**

_____
ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY

2291324v1