## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

KATHRYN T. HALLORAN,                    ]
                                        ]
            Plaintiff,                  ]
                                        ]
    v.                                  ]        Civil Action No.: 07-cv-0152 (JDB)
                                        ]        Next Event:
ELI LILLY AND COMPANY,                  ]
                                        ]
            Defendant.                  ]


### NOTICE OF APPEARANCE


TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Renee L. Robinson-Meyer of AARON

M. LEVINE & ASSOCIATES as counsel for plaintiff KATHRYN T. HALLORAN in the above-

referenced matter.


                        Respectfully submitted,

                        AARON M. LEVINE & ASSOCIATES


                         /s/ Renee L. Robinson-Meyer
                        RENEE L. ROBINSON-MEYER, #455375
                        1320 19th Street, N.W., Suite 500
                        Washington, DC  20036
                        202-833-8040
                        Fax: 202-833-8046