## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**KATHRYN T. HALLORAN,**

**Plaintiff,**

v.

**ELI LILLY AND COMPANY,**

**Defendant.**

**Civil Action No.  07-0152 (JDB)**

### SCHEDULING ORDER

Pursuant to the Initial Scheduling Conference with the Court on February 27, 2007, and the Joint Rule 16.3 Report previously submitted by the parties, it is hereby ORDERED as follows:

1.    Motions, if any, for joinder of additional parties or amendment of the pleadings shall be filed by not later than May 4, 2007.

2.    The parties shall serve discovery requests by not later than May 28, 2007.

3.    Plaintiff shall designate experts and serve any expert witness report upon defendant by not later than July 27, 2007.  Defendant shall designate experts and serve any expert witness report upon plaintiff by not later than September 25, 2007.

4.    All discovery shall be completed by not later than October 25, 2007.

5.    Dispositive motions shall be filed by not later than November 26, 2007. Responses thereto shall be filed by not later than December 10, 2007.  Replies, if

any, shall be filed by not later than December 17, 2007.

6.     As to all other discovery issues not addressed in this Scheduling Order, the parties

must comply with the limitations and requirements of the Federal Rules of Civil

Procedure and the Local Civil Rules of this Court.

7.     This matter shall be referred to Magistrate Judge Kay for the sole purpose of the

facilitation of settlement discussions upon the completion of discovery on October

25, 2007, for a period of not more than sixty (60) days.

8.     A status hearing is scheduled for October 30, 2007, at 9:00 a.m. in Courtroom 8.

**SO ORDERED**.


_____/s/ John D. Bates_____
JOHN D. BATES
United States District Judge

Date:  _February 27, 2007_