IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHRYN T. HALLORAN, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 1:07-cv-00152 (JDB/AK) |
| | ) Next Action: Deadline for |
| ELI LILLY AND COMPANY, | ) Joinder/Amendment May 4, 2007 |
| Defendant. | ) |

**NOTICE OF CONSENT TO TRANSFER TO THE DISTRICT OF MASSACHUSETTS**

COMES NOW Plaintiff Kathryn T. Halloran, through counsel, and consents to the transfer of this cause to the United States District Court for the District of Massachusetts located in Boston.

Respectfully submitted,

AARON M. LEVINE AND ASSOCIATES

  /s/ Aaron M. Levine
Aaron M. Levine, #7864
1320 Nineteenth Street, N.W., Suite 500
Washington, D.C. 20036
(202) 833-8040

COUNSEL FOR PLAINTIFF