UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHRYN T. HALLORAN,<br><br>Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | Civil Action No. 07-0152 (JDB) |

### ORDER

Upon consideration of [15] defendant's unopposed motion to transfer to the United States District Court for the District of Massachusetts, and for the convenience of the parties and witnesses and in the interest of justice, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1404(a), this action is **TRANSFERRED** to the United States District Court for the District of Massachusetts.

**SO ORDERED**.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Date:  April 27, 2007